## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION



After considering the Motion to Remand filed by Plaintiffs in the below-referenced matters, and further after finding there is no subject matter jurisdiction over these cases:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the below-listed cases are **REMANDED** back to the Nineteenth Judicial District Court, in the matter bearing the caption *Lynn K. Bailey, et al. v. ANPAC Louisiana, et al.*, bearing docket no. 558574-D.

The following cases are subject to this Order:

| | | | | | |
|---|---|---|---|---|---|
| Fuselier | Rose | LA Citizens Fair Plan | Arabi | 08-2187 | E-1 |
| Wiley | Estella | LA Citizens Fair Plan | New Orleans | 08-3005 | E-1 |
| Taylor | Jimmie Rae | LA Citizens Fair Plan | New Orleans | 08-2043 | E-2 |
| Wilfred | Joann | LA Citizens Fair Plan | New Orleans | 08-3016 | E-2 |
| Alridge | April | LA Citizens Fair Plan | Violet | 08-3086 | E-3 |
| Anderson | Anita | LA Citizens Fair Plan | New Orleans | 08-3003 | E-3 |
| Keelen | Donald | LA Citizens Fair Plan | New Orleans | 08-3132 | E-3 |
| Williams | Carlene | LA Citizens Fair Plan | New Orleans | 08-2355 | E-3 |

___ Fee_____
___ Process___
X   Dktd_____
___ CtRmDep__
___ Doc. No___

| Reeves-Martes | Tonica | LA Citizens Fair Plan | New Orleans | 08-2184 | E-4 |
| Boyle | Debbie | LA Citizens Fair Plan | Mereux | 08-2150 | E-5 |

SO ORDERED, IN NEW ORLEANS, LOUISIANA THIS 26th DAY OF August, 2008.

*[signature]*
**JUDGE MARCEL LIVAUDAIS, JR.**